IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH C. TRAN,<br><br>    Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent.<br>_____/ | No. C 08-04686 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse.  Good cause appearing, the request is GRANTED.  Petitioner's traverse is due on or before <u>thirty (30) days</u> from the date this order is signed.  If no traverse is received on that date, the matter will be deemed submitted and ready for decision.

    IT IS SO ORDERED.

Dated: 4/20/2010

                                          CLAUDIA WILKEN<br>                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BINH C. TRAN,

        Plaintiff,

  v.

PEOPLE OF THE STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV08-04686 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Binh Cuong Tran F-26944
TCCF
415 U.S. Highway 49N
Tutwiler, MS 38963

Dated: April 20, 2010

Richard W. Wieking, Clerk
By: nikki riley, Deputy Clerk

2