1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BINH C. TRAN,                                    No. C 08-04686 LHK (PR)

　　　　　Petitioner,                           **JUDGMENT**

　　　v.

PEOPLE OF THE STATE OF
CALIFORNIA, Warden,

　　　　　Respondent.

_____/

　　　The petition having been denied, the Court hereby enters judgment in favor of

Respondent.

　　　**IT IS SO ORDERED**.

DATED: August 11, 2011

_____
LUCY H. KOH
United States District Judge